**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Joseph Dixon,**

**Plaintiffs,**

**v.**

**Excel Energy. NSP Co.,**

**Defendant.**

**Civil No. 01-1986 ADM/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: November 2, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED NOV 0 2 2001
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Dixon v. Excel Civil 01-1986 ADM/JMM

Magistrate Judge John M. Mason is now the Magistrate on this case.