UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH DIXON,

Plaintiff,

v.

EXCEL ENERGY. NSP CO,

Defendant.

CIVIL FILE NO. 01-1986 (ADM/JMM)

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Having considered the Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915,

IT IS ORDERED that the Application is:

☒ GRANTED

☒ The Clerk is directed to file the Complaint.

☒ IT IS FURTHER ORDERED that the Clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon the Defendant(s) as directed by the Plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

Dated: November 16, 2001

JOHN M. MASON
United States Magistrate Judge

Filed NOV 19 2001
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________