UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH DIXON,

Plaintiff,

v.

EXCEL ENERGY.NSP CO.,

Defendant.

CIVIL NO. 01-1986 (ADM/JMM)

ORDER

On March 27, 2002, Plaintiff filed a Motion to Compel Discovery, Production of Documents, Answer Requests for Admission of Facts, and to Correctly Answer Interrogatory and for Sanction for Non-Compliance [Docket No. 15].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Plaintiff shall cause a copy of the above Motion to be delivered to counsel for Defendant on or before April 22, 2002.

2. Defendant shall deliver and file a Response on or before April 29, 2002.

3. Oral argument will be heard before the undersigned on this Motion on May 6, 2002 at 1:30 p.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: April 12, 2002

JOHN M. MASON
United States Magistrate Judge

FILED APR 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD___________
DEPUTY CLERK___________