UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH DIXON,

Plaintiff,

v.

EXCEL ENERGY.NSP CO.,

Defendant.

CIVIL NO. 01-1986 (ADM/JMM)

ORDER

The Court has been advised that Defendant has scheduled a Motion for Summary Judgment before the District Court for May 24, 2002.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. The Court's Order dated April 12, 2002 is vacated.

2. The May 6, 2002 hearing before the undersigned on Plaintiff's Motion to Compel Discovery, Production of Documents, Answer Requests for Admission of Facts, and to Correctly Answer Interrogatory and for Sanction for Non-Compliance [Docket No. 15] is withdrawn.

3. Plaintiff may refile this Motion before the undersigned, if necessary, after the District Court rules upon the Motion for Summary Judgment.

Dated: April 22, 2002

JOHN M. MASON
United States Magistrate Judge

APR 22 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK