# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joseph Dixon

Case No. Civil 01-1986 ADM/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Xcel Energy, Inc., et al.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Plaintiff's APPEAL from is DENIED,
2. Magistrate Judge John M. Mason's 4/22/02 order is ADOPTED in its entirety, and
3. Xcel's motion for summary judgment is GRANTED.

DATE: August 5, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk